# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | | |
|---|---|---|
| NORMAN TATE, | : | No. 124 EM 2018 |
| | : | |
| Petitioner | : | |
| | : | |
| | : | |
| | : | |
| v. | : | |
| | : | |
| | : | |
| | : | |
| PA BOARD OF PROBATION AND PAROLE, | : | |
| | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of November, 2018, the "Motion for Leave to File Notice of Appeal *Nunc Pro Tunc*" is GRANTED. Petitioner has 30 days in which to file his notice of appeal and jurisdictional statement. *See* Pa.R.A.P. 909, 910 (providing that, with respect to appeals to the Supreme Court, the appellant shall file a jurisdictional statement along with the notice of appeal; further delineating the content and form of the jurisdictional statement).